AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Louis Falcone <br> *Plaintiff* <br> v. <br> P.O. Phillip Alfano, P.O. Robert Ramirez, P.O. Erik Miller, and P.O. Joseph Ranola <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 16-cv-03034-(MKB) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: As to Section 1983: Excessive force, the Jury finds in favor of the plaintiff Louis Falcone and against defendants Robert Ramirez and Erik Miller in the amount of $750,000.00, jointly and severally; and as to State Law: Assault, the Jury finds in favor of the plaintiff Louis Falcone and against the defendants Phillip Alfano, Robert Ramirez, Erik Miller and Joseph Ranola in the amount of $1,000,000.00 jointly and severally.

This action was *(check one)*:

☑ tried by a jury with Judge Margo K. Brodie presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 10/16/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk* (signed) Nixxxthka Valentin