UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

LOUIS FALCONE,

                 Plaintiff,

      v.

POLICE OFFICER PHILLIP ALFANO,
POLICE OFFICER ROBERT RAMIREZ,
POLICE OFFICER ERIK MILLER, and
POLICE OFFICER JOSEPH RANOLA,

                 Defendants.

**SPECIAL VERDICT SHEET**
16-CV-3034 (MKB)

-----------------------------------------------------------------

1. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff was visibly injured prior to police officers' arrival at 107 Mapleton Avenue?

| Officer | Yes | No |
|---|---|---|
| Phillip Alfano | | ✓ |
| Robert Ramirez | | ✓ |
| Erik Miller | | ✓ |
| Joseph Ranola | | ✓ |

2. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff posed a risk of serious harm to himself or others?

| Officer | Yes | No |
|---|---|---|
| Phillip Alfano | | ✓ |
| Robert Ramirez | | ✓ |
| Erik Miller | | ✓ |
| Joseph Ranola | | ✓ |

3. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff was screaming after any of the Defendants arrived but before Defendants and Plaintiff made physical contact?

    Phillip Alfano    Yes ✓    No _____

    Robert Ramirez    Yes ✓    No _____

    Erik Miller    Yes ✓    No _____

    Joseph Ranola    Yes ✓    No _____

4. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff engaged in violent, tumultuous, or threatening behavior after they arrived?

    Phillip Alfano    Yes _____    No ✓

    Robert Ramirez    Yes _____    No ✓

    Erik Miller    Yes _____    No ✓

    Joseph Ranola    Yes _____    No ✓

5. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff was under the influence of a drug or narcotic on June 19, 2015?

    Phillip Alfano    Yes _____    No ✓

    Robert Ramirez    Yes _____    No ✓

    Erik Miller    Yes _____    No ✓

    Joseph Ranola    Yes _____    No ✓

6. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff charged towards Officer Ramirez?

   Phillip Alfano        Yes_____      No___✓_____

   Robert Ramirez        Yes_____      No___✓_____

   Erik Miller           Yes_____      No___✓_____

   Joseph Ranola         Yes_____      No___✓_____

7. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff flailed his arms as Defendants were attempting to handcuff him?

   Phillip Alfano        Yes_____      No___✓_____

   Robert Ramirez        Yes_____      No___✓_____

   Erik Miller           Yes_____      No___✓_____

   Joseph Ranola         Yes_____      No___✓_____

8. Did any of the Defendants reasonably believe, even if mistaken, that Plaintiff kicked his legs as Defendants were attempting to handcuff him?

   Phillip Alfano        Yes_____      No___✓_____

   Robert Ramirez        Yes_____      No___✓_____

   Erik Miller           Yes_____      No___✓_____

   Joseph Ranola         Yes_____      No___✓_____

3

9. Did any of the Defendants intentionally stomp on Plaintiff's head?

| | | |
|---|---|---|
| Phillip Alfano | Yes_____ | No ✓ |
| Robert Ramirez | Yes_____ | No ✓ |
| Erik Miller | Yes ✓ | No_____ |
| Joseph Ranola | Yes_____ | No ✓ |

10. Did any of the Defendants intentionally stomp on Plaintiff's neck?

| | | |
|---|---|---|
| Phillip Alfano | Yes_____ | No ✓ |
| Robert Ramirez | Yes_____ | No ✓ |
| Erik Miller | Yes_____ | No ✓ |
| Joseph Ranola | Yes_____ | No ✓ |

11. Did any of the Defendants intentionally stomp on Plaintiff's back?

| | | |
|---|---|---|
| Phillip Alfano | Yes_____ | No ✓ |
| Robert Ramirez | Yes_____ | No ✓ |
| Erik Miller | Yes_____ | No ✓ |
| Joseph Ranola | Yes_____ | No ✓ |

12. Did any of the Defendants intentionally kick Plaintiff after Plaintiff was on the ground?

| | | |
|---|---|---|
| Phillip Alfano | Yes_____ | No ✓ |
| Robert Ramirez | Yes_____ | No ✓ |
| Erik Miller | Yes ✓ | No_____ |
| Joseph Ranola | Yes_____ | No ✓ |

4

13. Did any of the Defendants intentionally punch Plaintiff?

| | | |
|---|---|---|
| Phillip Alfano | Yes_____ | No ✓ |
| Robert Ramirez | Yes_____ | No ✓ |
| Erik Miller | Yes_____ | No ✓ |
| Joseph Ranola | Yes_____ | No ✓ |

5