```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------
LOUIS FALCONE,
                                            ORDER OF SUSTENANCE
                                            CV-16-3034(MKB)
    -vs-

POLICE OFFICER PHILLIP ALFANO,
POLICE OFFICER ROBERT RAMIREZ,
POLICE OFFICER ERIK MILLER,
and, POLICE OFFICER JOSEPH RANOLA,


-----------------------------------
```

**ORDERED** that the Marshal supply proper

( )     LODGING

(XX )   SUSTENANCE

( )     TRANSPORTATION

to the (8) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York

**October 16, 2019**

(XX )   DELIBERATING

( )     SEQUESTERED

( )     BREAKFAST            s/MKB
                             U. S. D. J.

(XX )   LUNCH                **A TRUE COPY ATTEST**
( )     REFRESHMENT          October 16, 2019
                             DOUGLAS C. PALMER
( Check the appropriate box) CLERK OF COURT

                                    BY................
                                       DEPUTY CLERK