```
                                                    FILED
                                                IN CLERK'S OFFICE
                                              US DISTRICT COURT E.D.N.Y.
```

UNITED STATES DISTRICT COURT ★ NOV 08 2019 ★
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

-------------------------------------------------------------------x

LOUIS FALCONE,

**ORDER**

Plaintiff,

16-CV-3034 (MKB) (LB)

-against-

THE CITY OF NEW YORK, ET AL.,

Defendants.

-------------------------------------------------------------------x

**ORDERED** and decreed that Entry of Judgment dated October 16, 2019 (Docket Entry No. 93) is hereby VACATED without prejudice to re-enter upon completion of post trial proceedings.

Dated: Brooklyn, New York
_____, 2019

SO ORDERED:
s/ MKB 11/08/2019

_____
MARGO K. BRODIE
United States District Judge